UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODYSSEY REINSURANCE COMPANY, a Connecticut corporation<br><br>Plaintiff<br><br>v.<br><br>RICHARD KEITH NAGBY, et al.<br><br>Defendants. | Case No. 3:16-cv-03038-BTM-WVG<br><br>ORDER REGARDING BOND |

On October 11, 2017, Plaintiff filed a memorandum of points and authorities in support of its request to waive bond on the preliminary injunction. (ECF No. 75.) Defendants have filed no opposition. After reviewing Plaintiff's papers, the Court finds that no bond is necessary.

Federal Rule of Civil Procedure 65(c) "invests the court with discretion as to the amount of security required, *if any*." *Johnson v. Couturier*, 572 F.3d 1067, 1086 (9th Cir. 2009). "[T]he district court may dispense with the filing of a bond when it

1

concludes there is no realistic likelihood of harm to the defendant from enjoining his or her conduct." *Id.*

Here, because the funds have been paid into the Court's interest-earning registry, the Court finds that no bond is necessary.

**IT IS SO ORDERED**.

DATE: October 27, 2017

_____
UNITED STATES DISTRICT JUDGE