**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ODYSSEY REINSURANCE COMPANY,

Plaintiff,

v.

DIANE DOSTALIK,

Defendant.

CASE NO.: 16-cv-03038-BTM-BLM

ORDER DENYING MOTION TO STAY

Pending before the Court is Diane Dostalik's motion to stay contempt proceedings. According to the motion, "defense counsel is not in a position to ethically or competently file an application to purge the contempt order." Thus, Dostalik "asks the Court to stay the contempt proceedings until such time that Ms. Dostalik can apply to purge the contempt order."

"The party requesting a stay bears the burden of showing that the circumstances justify an exercise of that discretion." *Nken v. Holder*, 556 U.S. 418, 433-34 (2009). There have already been numerous continuances on this matter, and this request comes at the proverbial eleventh hour. Under the circumstances, Dostalik has failed to carry her burden of showing that a stay is warranted.

**SO ORDERED.**

Dated: November 16, 2026

Honorable Barry Ted Moskowitz
United States District Judge